FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 26 2012 ★
BROOKLYN OFFICE

6-22-12

From Kassiem Miley 09321-029
CT# 384399
Cheshire Correctional Center
900 Highland Avenue
Cheshire, CT 06410

Docket No. 04-CR-712

To Honorable: Frederic Block.
US District Court EDNY
225 Cadman Plaza, East Brooklyn N.Y. 11201

Dear Honorable Block

I'm writing because I don't know if the court is aware of the new developments in my violation case. I have and still is currently incarcerated in the State of Connecticut Dept of Corrections. The offense to why I'm here pre-dates my federal case that was decided in your court. It was indicated in the P.S.I. aswell. I was given a detainer that has been in place since the first day here. The bring forth order has not been enforce as of yet and I'm being helded on this detainer only since 6/22/12. I could not get in to much needed job and Life

Skills programs before 6/20/12. Because of this detainer. So the last year of my life has been a waste. I'm hoping to change this. I'm asking that the court order that the bring forth order be enforce immediately so I can be bought to answer the violation or givin a chances to show that I can be trusted to come on my own accord.

Thank you and God bless

Sincerely
Kassiem ~~y~~

U.S. Department of Justice
United States Marshals Service



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
Connecticut
*(District)*

915 Lafayette Blvd
Bridgeport, CT 06604

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Warden Bridgeport Correctional Center
1106 North Ave
Bridgeport, CT 06604

DATE: 07/07/11
SUBJECT: MILEY, Kassiem
AKA:
DOB/SSN: 12/28/74
REF. # Inmate # 384399
USMS #: 16190-014
CR #:

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the _____ District of Eastern New York has issued an arrest warrant charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 203-579-5612 .
FAX No.

**RECEIPT**
Date: July 7, 2011
Signed: Yvonne Flood
By: Yvonne Flood
Title: Rec Spec

DATE IT was given
To me,

Very truly yours,

*(Signature)*
Joseph P. Faughnan USM
*(Name and Title)*

Requested by: DUSM James Masterson

Form USM-16
Rev. 04/0

**DEPARTMENT OF JUSTICE**                                                      **FEDERAL BUREAU OF PRISONS**

| To: Bridgeport Criminal Court<br>Attn: Clerk of Court/Warrants Division<br>1061 Main Street<br>Bridgeport, CT 06604 | Institution Federal Correctional Institution<br>696 Muckerman Road<br>Bennettsville, SC 29512 |
|---|---|
| | Date  November 27, 2006 |

| Case/Dkt# / Alien No. | Inmate's Name<br>Miley, Kassiem | Federal Register No.<br>09321-029 | DOB/SEX/RACE<br>12-28-1974 B/M/O |
|---|---|---|---|
| **Aliases**<br>Crumbley, Ricky   Campbell, Brian<br>Moore, Curtis     Mile, Kassie<br>Hussain, Syed     Umana, Eric<br>Boster, Roger | | Projected<br>Release Date:<br>01/28/2011 | Other No.<br>FBI# 587128NA0<br>SSN#<br>NYSID# 6973148M |

The below checked paragraph relates to the above named inmate:

☒ This office is in receipt of the following report: **THE PRE-SENTENCE INVESTIGATION REPORT INDICATES THAT THERE IS ARE TWO OUTSTANDING FELONY WARRANTS CHARGING THE DEFENDANT WITH LARCENY, CRIMINAL IMPERSONATION & FORGERY.** Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.

☐ A detainer has been filed against this subject in your favor charging _____. Release is tentatively scheduled for _____, however, we will notify you no later than **60 days** prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: (202)-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.**

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____. Notify this office immediately if you do not concur with this action.

☐ Your letter/fax dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐ I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐ If you have any questions, please feel free to contact me at (843) 454-8200 Ext. 1260, Fax (843) 454-8235

☐ The above named inmate has been received at FCI Bennettsville, SC, 696 Muckerman Road, Bennettsville, SC 29512. Your request to be notified and/or detainer has been forwarded to us.

Sincerely,

*M. A. Rivera, Legal Instruments Examiner*

For: Debra Echols, Acting
Supervisory Inmate Systems Specialist

Original - Addressee; Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section I); Copy - Correctional Services Department

(This form may be replicated via WP)                                    (Replaces BP-394(58) dtd MAR

*Date of Offence 5/27/2003*